DONALD S. HONIGMAN (SBN 106914)
ELIZABETH D. RHODES (SBN 218480)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
Email: dhonigman@kennmark.com
       erhodes@kennmark.com

Attorneys for Defendant
AMERICAN AIRLINES, INC. (erroneously sued herein as AMERICAN AIRLINES)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND – **E-FILING**

| | |
|---|---|
| BORIS KHLEVNER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, and DOES 1 to 50,<br><br>    Defendant. | CASE NO. 4:07-cv-2797 CW<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULE TO ACCOMMODATE VOLUNTARY MEDIATION; ORDER** |

## I. BACKGROUND

This case arises from plaintiff's claims of injury arising from an alleged incident involving a food cart while a passenger on an American Airlines flight on November 26, 2004. This case is set for trial on November 10, 2008. Parties desire to continue the mediation deadline ordered by this Court to occur on January 31, 2008, or as soon thereafter as is possible.

This extension is necessary due to the parties' inability to complete the deposition of plaintiff and plaintiff's disclosed witnesses prior to that date as a result of the significant trial schedule of plaintiff's counsel, availability of counsel and availability of the parties. Plaintiff's deposition is currently scheduled to occur in March 2008. The parties are cooperatively working to

schedule mediation with the previously agreed-upon private mediator Honorable Alfred Chiantelli (Retired). Parties desire to continue the mediation deadline to May 31, 2008 or to another date amenable to this Court's calendar. No other changes are requested.

## II. **STIPULATION**

For the reasons set forth above, the parties hereby stipulate that the current pretrial deadline to mediate this matter be modified as set forth below, and respectfully request this Court's approval and Order to the same effect. The other dates set by this Court's September 21, 2007 Case Management Conference orders remain unchanged by this stipulation. The deadlines, including the desired new mediation deadline and the unchanged deadlines are as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Mediation Cut-Off | January 31, 2008 or as soon thereafter as mediator schedule allows | May 31, 2008 |
| Non-expert discovery cutoff | July 31, 2008 | Same |
| Further Case Management Conference | July 31, 2008 | Same |
| Deadline to disclose experts | August 11, 2008 | Same |
| Deadline to disclose rebuttal experts | August 25, 2008 | Same |
| Expert discovery cutoff | September 29, 2008 | Same |
| Last hearing date for dispositive motions | July 31, 2008 | Same |
| Final Pre-Trial Conference | October 28, 2008 | Same |
| Trial | November 10, 2008 | Same |

So Stipulated:

DATED: March __, 2008  **LAW OFFICES OF BORIS E. EFRON**


By:_____
    GAIL J. LAMCHICK
    Attorneys for Plaintiff
    BORIS KHLEVNER

//

//

**Kenney & Markowitz L.L.P.**

DATED: March __, 2008   **KENNEY & MARKOWITZ L.L.P**

By:_____
　　DONALD S. HONIGMAN
　　ELIZABETH D. RHODES
　　Attorneys for Defendant
　　AMERICAN AIRLINES, INC.
　　erroneously sued as AMERICAN
　　AIRLINES

## **ORDER**

Good cause appearing therefore, it is hereby ordered that the mediation deadline ordered in the September 21, 2007 Case Management Conference orders is continued to May 31, 2008, and the other deadlines and events in the orders are unchanged, as set forth below:

| Event | Current Date | New Date |
| --- | --- | --- |
| Mediation Cut-Off | January 31, 2008 or as soon thereafter as mediator schedule allows | May 31, 2008 |
| Non-expert discovery cutoff | July 31, 2008 | Same |
| Further Case Management Conference | July 31, 2008 | Same |
| Deadline to disclose experts | August 11, 2008 | Same |
| Deadline to disclose rebuttal experts | August 25, 2008 | Same |
| Expert discovery cutoff | September 29, 2008 | Same |
| Last hearing date for dispositive motions | July 31, 2008 | Same |
| Final Pre-Trial Conference | October 28, 2008 | Same |
| Trial | November 10, 2008 | Same |

SO ORDERED.

3/13/08
Dated: _____

_____
CLAUDIA WILKEN
United States District Court Judge